IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| IN RE SUBPOENA DUCES TECUM TO AOL, LLC | ) ) ) ) ) ) |

FILED
2007 NOV -5  P 3: 25
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

1:07 mc 34
GBL/BRP

## MOTION BY CORI AND KERRI RIGSBY TO QUASH SUBPOENA FROM STATE FARM FIRE & CASUALTY CO. TO AOL, LLC

For the reasons stated in the accompanying memorandum of law, Cori Rigsby and Kerri Rigsby, by counsel, respectfully move pursuant to Fed. R. Civ. P. 45(c)(3)(a)(iii)-(iv) for an order quashing a subpoena dated October 29, 2007, issued through this Court to AOL, LLC, and for sanctions under Fed. R. Civ. P. 45(c), 26(c) and 37(a)(4), 28 U.S.C. § 1927, and the inherent judicial power recognized in *Chambers v. Nasco, Inc.*, 501 U.S. 32 (1991).

Dated: November 5, 2007

Respectfully submitted,

*[signature]*

Ellen D. Marcus (Virginia Bar No. 44314)
Michael R. Smith (motion for admission *pro hac vice* filed herewith)
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1800

*Counsel for Cori Rigsby and Kerri Rigsby*

## CERTIFICATE OF SERVICE

I, Ellen Marcus, hereby certify that on November 5, 2007, I caused a copy of the foregoing Motion By Cori and Kerri Rigsby to Quash Subpoena From State Farm Fire & Casualty Company to AOL, LLC to be electronically mailed to counsel of record and also to be deposited in the United States Mails, first class postage prepaid, addressed for delivery to them, as follows:

H. Benjamin Mullen
Matthew E. Perkins, Esq.
Bryan, Nelson, Schroeder, Castigliola & Banahan, PLLC
1103 Jackson Avenue
Pascagoula, MS 39568-1529
Ben1@bnscb.com

AOL LLC – Legal Department Custodian of Records, Civil Subpoenas
22000 AOL Way
Dulles, VA 20166

_____
Ellen D. Marcus