**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW   WASHINGTON, DC 20036-5802
202.778.1800   202.822.8106 fax   www.zuckerman.com

Michael R. Smith
(202) 778-1832
msmith@zuckerman.com

November 1, 2007

*Via Email*

H. Benjamin Mullen (Ben1@bnscb.com)
Bryan, Nelson, Schroeder, Castigliolo & Banahan
P.O. Drawer 1529
1103 Jackson Avenue
Pascagoula, MS  39568-1529

   Re: *McIntosh v. State Farm*, No. 1:06-cv-1080 (LTS) (RHW)

Dear Ben:

   I am writing about the AOL subpoena that was the subject of your notice of intent to serve recently filed in the McIntosh litigation. As we explained in previous correspondence, which I will just incorporate here, the subpoena violates the Electronic Communications Privacy Act, 18 U.S.C. §§ 2701, *et seq.* Moreover, parts of the subpoena request information without regard to sender, recipient or subject matter, which, as we explained before, violates principles explained in *Theofel v. Farey-Jones*, 359 F.3d 1066 (9th cir. 2004). Although I gather from our previous correspondence that you will not withdraw the subpoena, I thought I would take another stab at highlighting the relevant authority and asking you to do that. If you will do that, please let me know, so that it will not be necessary to file a motion to quash in the Eastern District of Virginia.

          Sincerely,

          Michael R. Smith

cc: Robert Battle
   Harlan F. Wynn, III
   William W. Taylor, III
   Nora Rigby