### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**THOMAS C. & PAMELA MCINTOSH**                    **PLAINTIFFS**

**VERSUS**                                          **1:06-cv-1080-LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY;**
**FORENSIC ANALYSIS & ENGINEERING CORP.; and**
**E. A. RENFROE & COMPANY, INC., et al**            **DEFENDANTS**

### NOTICE OF WITHDRAWAL OF NOTICE OF INTENT WITHOUT PREJUDICE
### BY STATE FARM FIRE AND CASUALTY COMPANY

COMES NOW, the Defendant, State Farm Fire and Casualty Company, by and through its

counsel of record, and gives notice that it has this date withdrawn its Notice of Intent to Serve

Subpoena on AOL Time Warner, Inc. [Docket No. 526] without prejudice and will re-file its Notice

of Intent and serve the subpoena duces tecum on AOL, LLC at its headquarters in Dulles, Virginia.

Respectfully submitted, this the 12th day of October, 2007.

BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC
Attorneys for Defendant, STATE FARM FIRE
AND CASUALTY COMPANY

BY: /s/ *Matthew E. Perkins*

**MATTHEW E. PERKINS**

**H. BENJAMIN MULLEN (9077)**
**JOHN A. BANAHAN (1731)**
**MATTHEW E. PERKINS (102353)**
BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Tel.: (228)762-6631
Fax: (228)769-6392

## CERTIFICATE OF SERVICE

I, **MATTHEW E. PERKINS**, one of the attorneys for the Defendant, **STATE FARM**

**FIRE & CASUALTY COMPANY**, do hereby certify that I have this date electronically filed

the foregoing <u>Notice of Withdrawal of Notice of Intent Without Prejudice</u> with the Clerk of

Court using the ECF system which sent notification of such filing to the following to:

Sidney A. Backstrom, Esquire
Zach Scruggs, Esquire
Richard F. Scruggs, Esquire
Benjamin H. McGee, III, Esquire
THE SCRUGGS LAW FIRM, P.A.
Post Office Box 1136
Oxford, MS 38655

Larry Canada, Esquire
Katherine Breard, Esquire
GALLOWAY, JOHNSON, et al.
701 Poydras Street, Suite 4040
New Orleans, LA 70139

David A. Norris, Esquire
H. Hunter Twiford, III., Esq.
Christine Lipsey, Esquire
MCGLINCHEY, STAFFORD
P.O. Drawer 22949
Jackson, MS 39225

Marshall H. Smith, Jr.
BARRETT LAW OFFICES
P.O. Box 987
Lexington, MS 39095

Dewitt M. Lovelace, Esquire
LOVELACE LAW FIRM, P.A.
36474 Emerald Coast Parkway, Suite 4202
Destin, FL 32541

Derek A. Wyatt, Esquire
Mary McAlister, Esquire
David Neil McCarty
NUTT & MCALISTER, PLLC
605 Crescent Blvd., Suite 200
Ridgeland, MS 39157

Michael C. Moore
PHELPS DUNBAR
P.O. Box 23066
Jackson, MS 39225

George Shaddock, Esquire
707 Watts Avenue
Pascagoula, MS 39567

Michael R. Smith, Esq.
William W. Taylor, III., Esq.
ZUCKERMAN, SPAEDER

DATED, this the __12th__ day of __October__, 2007.

/s/ *Matthew E. Perkins*

**MATTHEW E. PERKINS**

**H. BENJAMIN MULLEN (9077)**
**JOHN A. BANAHAN (1731)**
**MATTHEW E. PERKINS (102353)**
BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Tel.: (228)762-6631
Fax: (228