FILED: October 1, 2008

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 08-1429(L)
(1:07-mc-00034-GBL-BRP)



THOMAS MCINTOSH; PAMELA MCINTOSH,

        Plaintiffs

v.

STATE FARM FIRE AND CASUALTY COMPANY,

        Defendant - Appellant

v.

CORI RIGSBY; KERRI RIGSBY,

        Movants - Appellees

RULE 42(b) MANDATE

This Court's order dismissing this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Patricia S. Connor, Clerk

FILED: October 1, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1429(L)
(1:07-mc-00034-GBL-BRP)

THOMAS MCINTOSH; PAMELA MCINTOSH,

Plaintiffs

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant - Appellant

v.

CORI RIGSBY; KERRI RIGSBY,

Movants - Appellees

CORRECTED ORDER

Upon consideration of the motion to dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the Court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk